| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Manion, Daniel A. | 2. Court or Organization<br><br>USCA-7 | 3. Date of Report<br><br>06/15/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

301 Grant Federal Building
204 S. Main Street
South Bend, IN 46601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Key Bank checking accounts | A | Interest | M | T | | | | | |
| 2. UBS deposit account | A | Distribution | M | T | | | | | |
| 3. UBS account ▇▇ : items 5-25 | | | | | | | | | |
| 4. Boeing Company common stock (BA) | B | Dividend | L | T | | | | | |
| 5. Blackrock Muni (BTT) | B | Dividend | K | T | | | | | |
| 6. Barclays Bank preferred | A | Dividend | J | T | | | | | |
| 7. Credit Suisse preferred | A | Dividend | | | Sold | 03/28/14 | J | A | |
| 8. Deutsche Bank preferred | A | Dividend | J | T | | | | | |
| 9. ING Group preferred | A | Dividend | J | T | | | | | |
| 10. South Bend Redev. Bond | A | Interest | | | Sold | 04/03/14 | J | | |
| 11. Indiana St. Dev. Bond | A | Interest | | | Sold | 01/17/14 | J | | |
| 12. Chicago IL O'Hare bond | A | Interest | | | Sold | 01/01/14 | J | | |
| 13. Brownsville TX bond | A | Interest | J | T | | | | | |
| 14. Kane McHenry Muni Bond | B | Int./Div. | K | T | | | | | |
| 15. Indiana St. Fin. Auth. bond | A | Int./Div. | J | T | | | | | |
| 16. Ohio State Higher Ed Bond | A | Int./Div. | K | T | | | | | |
| 17. Oppenheimer Steelpath (MLPDX) | C | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Nuveen Interduration (NID) | B | Int./Div. | K | T | | | | | |
| 19. Indianapolis IN loc bond | A | Interest | J | T | | | | | |
| 20. Indianapolis IN gas bond | A | Interest | J | T | | | | | |
| 21. Hamilton Co. OH bond | A | Interest | J | T | | | | | |
| 22. Kane/DeKalb Co. IL bond | B | Interest | K | T | | | | | |
| 23. University of Akron bond | A | Interest | J | T | | | | | |
| 24. Cape Coral FL Muni Bond | A | Int./Div. | K | T | | | | | |
| 25. IRA Items: items 26-55 | | | | | | | | | |
| 26. -Davis NY Venture Fund (Ann) | C | Distribution | K | T | | | | | |
| 27. -Franklin Balance Sheet (Ann) | D | Distribution | L | T | | | | | |
| 28. -Franklin Income Fund (Ann) | A | Distribution | K | T | | | | | |
| 29. -Income Fund Amer (Ann) | A | Distribution | K | T | Buy | 07/11/14 | K | | |
| 30. -Fund America Growth (Ann) | B | Distribution | K | T | | | | | |
| 31. -Prudential Invt Parts, formerly 20/20 Fund (Jennison) | D | Distribution | K | T | Sold | 07/11/14 | K | C | |
| 32. -American Mutual Fund (AMFFX) | A | Distribution | K | T | | | | | |
| 33. -Powershares S&P 500 Fund | B | Distribution | K | T | Buy | 01/04/14 | J | | |
| 34. -Lord Abbett Short Duration Income Fund (LALDX) | A | Distribution | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Royce Total Return Fund (RYTRX) | A | Distribution | K | T | | | | | |
| 36. -Vanguard Intermediate Bond Fund (VCIT) | A | Distribution | K | T | | | | | |
| 37. -Wells Fargo Bond Fund (WDHYX) | A | Distribution | K | T | | | | | |
| 38. - SPDR Series Trust Fund (RWR) | A | Distribution | J | T | | | | | |
| 39. - Conocophillips | A | Dividend | J | T | | | | | |
| 40. - Baird General Mkt Fund | A | Int./Div. | K | T | | | | | |
| 41. - Microsoft Corp | A | Dividend | | | Sold | 03/03/14 | J | C | |
| 42. - American Mutual Fund (AMFFX) | A | Distribution | K | T | | | | | |
| 43. - Harbor Intn'l | A | Distribution | J | T | | | | | |
| 44. - Powershares S&P 500 Fund | A | Distribution | K | T | | | | | |
| 45. - Royce Total Return Fund (RYTRX) | A | Distribution | K | T | Buy | 03/03/14 | J | | |
| 46. Permanent portfolio reinvestment (PRPFX) | A | Distribution | J | T | | | | | |
| 47. T Rowe Price growth stock fund | A | Distribution | K | T | | | | | |
| 48. SPDR Series Trust (RWR) | A | Distribution | J | T | | | | | |
| 49. - Lord Abbett Short Duration Income Fund (LALDX) | A | Distribution | K | T | | | | | |
| 50. - Vanguard Intermediate Term Fnd (VGIT) | A | Distribution | J | T | | | | | |
| 51. -Wells Fargo Bond Fund (WDHYX) | A | Distribution | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Wells Fargo emerging market (EQIDX) | A | Distribution | J | T | Buy | 03/26/14 | J | | ` |
| 53. Northwestern Mutual Life Insurance (whole life policy) | | None | N | T | | | | | |
| 54. Unimproved real estate St. Joseph Cty, IN | | None | L | W | | | | | |
| 55. Baird Trust Acct: items 57-108 | | | | T | | | | | |
| 56. First Opportunity Fund | A | Dividend | J | T | | | | | |
| 57. - Automatic Data Processing (ADP) | B | Dividend | L | T | | | | | |
| 58. - Target Corp. common | B | Dividend | K | T | Sold (part) | 02/27/14 | K | D | |
| 59. - Kellogg Company | A | Dividend | K | T | | | | | |
| 60. -Blackrock Inc. | B | Dividend | L | T | | | | | |
| 61. - Express Scripps Holding | | None | L | T | | | | | |
| 62. - Factset Research Systems | A | Dividend | L | T | | | | | |
| 63. - AT&T Inc. | C | Dividend | L | T | | | | | |
| 64. - Illinois Tool Works common | B | Dividend | L | T | | | | | |
| 65. -Intel Corp common | A | Dividend | J | T | | | | | |
| 66. - Varian Medical | | None | L | T | | | | | |
| 67. - Johnson & Johnson | B | Dividend | M | T | | | | | |
| 68. - Procter & Gamble common | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Fiserv Inc. | | None | N | T | | | | | |
| 70. - Becton Dickinson & Co. | A | Dividend | L | T | | | | | |
| 71. - Ecolab common | A | Dividend | L | T | | | | | |
| 72. - Patterson Companies common | C | Dividend | M | T | | | | | |
| 73. - Barclays Bank Bond | A | Int./Div. | K | T | Buy | 07/17/14 | K | | |
| 74. - Cognizant Technology | | None | K | T | | | | | |
| 75. -Ford Motor Co. (F) | A | Dividend | K | T | | | | | |
| 76. - Fastenal common | B | Dividend | L | T | | | | | |
| 77. - Permanent Portfolio Fund (PRPFX) | A | Dividend | K | T | | | | | |
| 78. - Stericycle Inc. | | None | L | T | | | | | |
| 79. - Bio Techne Corp. | A | Dividend | K | T | | | | | formerly Techne Corp |
| 80. - BP PLC common | C | Dividend | L | T | | | | | |
| 81. - Valmont Industries | A | Dividend | L | T | | | | | |
| 82. - Cisco Systems common | B | Dividend | K | T | | | | | |
| 83. - Gillead Sciences common | | None | M | T | | | | | |
| 84. - Harley Davidson common | B | Dividend | L | T | | | | | |
| 85. - Pepsico Inc. | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Emerson Electric | B | Dividend | L | T | | | | | |
| 87. - EQT Corp. | A | Dividend | L | T | | | | | |
| 88. - Microsoft Corp | C | Dividend | L | T | | | | | |
| 89. -Intuit Inc (INTU) | A | Dividend | K | T | Buy | 02/12/14 | K | | |
| 90. -CDK Global | A | Dividend | J | T | Spinoff (from line 58) | | | | |
| 91. - McCormick & Co. | A | Dividend | L | T | | | | | |
| 92. - Wells Fargo Muni Bond (WSBIX) | B | Dividend | M | T | | | | | |
| 93. - General Electric | B | Dividend | L | T | | | | | |
| 94. - Harris Corp. | B | Dividend | K | T | | | | | |
| 95. -Pfizer Inc. | A | Dividend | J | T | | | | | |
| 96. -Corning | A | Dividend | K | T | | | | | |
| 97. -Limelight Networks | | None | J | T | | | | | |
| 98. -Dupont | B | Dividend | K | T | | | | | |
| 99. -Frontier Communications | A | Dividend | J | T | | | | | |
| 100. -JM Smucker (SJM) | A | Dividend | J | T | | | | | |
| 101. -FT Franklin Fed interim mutual fund | C | Int./Div. | M | T | | | | | |
| 102. -Energy Transfers Partners | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Intercontinental Exchange (ICE) | A | Dividend | K | T | | | | | |
| 104. -Philip Morris (PM) | A | Dividend | J | T | | | | | |
| 105. -Raytheon Co (RTN) | A | Dividend | K | T | | | | | |
| 106. Cash and Alternatives (money market) | A | Distribution | N | T | | | | | formerly Dreyfus |
| 107. UBS custodial accts:Fidelity Adv. dividend growth ▨ | A | Int./Div. | J | T | | | | | |
| 108. 529 Ed. Plan Funds: items 110-114 | | | | | | | | | |
| 109. Alliance College Bound 529 Plan 1: CBF Moderate growth (1996-1998) | | None | K | T | | | | | |
| 110. Alliance College Bound 529 Plan 2: CBF Moderate growth (1990-1992) | | None | K | T | | | | | |
| 111. American Balance Fund 529A | | None | M | T | Redeemed (part) | 01/23/14 | J | | withdrawn tuition payment |
| 112. Growth Fund of America 529A | | None | K | T | | | | | |
| 113. College Choice Advisor Plan: 2016 Enrollment | | None | K | T | Buy | 12/15/14 | J | | |
| 114. US Charitable Gift Fund | B | Distribution | L | T | | | | | |
| 115. Notre Dame Federal Credit Union savings ▨ | | | | | Closed | 04/13/14 | K | | |
| 116. GE Cap Fixed Rate CD | A | Int./Div. | | | Sold | 07/14/14 | K | | |
| 117. United States Treasury | | None | | | Sold | 05/15/14 | K | A | |
| 118. Diamonds | | None | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Manion, Daniel A. | 06/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 114: Self-directed charitable foundation (value donated to charity reduced corpus in fund)

# FINANCIAL DISCLOSURE REPORT

Page 12 of 12

Name of Person Reporting

Manion, Daniel A.

Date of Report

06/15/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel A. Manion**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544